UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Criminal No. 07-613-02 (SDW) |
| TYSHUAN ST. VALLIER | : | **DETENTION ORDER** |

IT IS ON THIS 10th day of October, 2008

ORDERED that the previous conditions of bail are revoked and that the defendant is remanded.

SUSAN D. WIGENTON
United States District Court Judge