UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Susan D. Wigenton

v. : Crim. No. 07-613

EZRA MCCOMBS and
TYSHAUN ST. VALLIER : O R D E R

This matter having come before the Court on the request of the United States, the United States being represented by Christopher J. Christie, United States Attorney for the District of New Jersey (Sandra L. Moser and Robert A. Kirsch, Assistant U.S. Attorneys, appearing), and conditions of bail having been initially set by the Honorable Madeline Cox Arleo, United States Magistrate Judge, in this matter, and defendants subsequently having fled, and this Court having revoked defendants' bail and remanded defendants to custody, and a hearing having been held before this Court on November 3, 2008,

IT IS on this ___3rd___ day of November, 2008,

ORDERED that, with the exception of defense counsel and private investigators retained by defense counsel, defendants EZRA MCCOMBS and TYSHAUN ST. VALLIER shall not have any contact, directly or indirectly, whether personally or through a third party, with any actual or potential government witness in the above-captioned matter.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge