Subj: **RE: Saintvallier**
Date: 6/4/2009 7:22:05 P.M. Eastern Daylight Time
From: Sandra.Moser@usdoj.gov
To: LiebesmanEsquire@aol.com
CC: Robert.Kirsch@usdoj.gov

It would be inappropriate, agreed. I also think it would be inappropriate for us to turn over anything of this nature (if we even have it) at any point, much less post-verdict, without a court order, since there still is no proffered legal justification. Thanks, Sandra

Sandra L. Moser
Assistant United States Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102
p. (973) 645-2729
f. (973) 297-2006

**From:** LiebesmanEsquire@aol.com [mailto:LiebesmanEsquire@aol.com]
**Sent:** Thursday, June 04, 2009 6:00 PM
**To:** Moser, Sandra (USANJ)
**Subject:** Re: Saintvallier

I would subpoena the information, but it would be inappropriate to serve a trial subpoena post-trial.

My client believes, in retrospect, that Ezra used his cell phone to call Korynne from Trinidad. Her records would show the number from which she was called. If her phone shows calls from 868-303-1535, it would prove without doubt that Ezra lied when he said that was "Trini's" phone.

Ruth

In a message dated 6/4/2009 2:35:47 P.M. Eastern Daylight Time, Sandra.Moser@usdoj.gov writes:

> Hi Ruth – I was down in Washington yesterday/this morning and am just receiving this. Before I undertake the task of calling back and sifting through boxes to determine whether or not such records were ever requested/received while St. Vallier and McCombs were fugitives, I think you clearly would need to demonstrate some basis for the government – at this juncture, post-trial – to produce this sort of immaterial grand jury information, as it appears there is no justification for your request. Thanks.
>
>
> Sandra L. Moser
> Assistant United States Attorney
> District of New Jersey
> 970 Broad Street
> Newark, NJ 07102
> p. (973) 645-2729
> f. (973) 297-2006

**From:** LiebesmanEsquire@aol.com [mailto:LiebesmanEsquire@aol.com]
**Sent:** Wednesday, June 03, 2009 4:59 PM
**To:** Moser, Sandra (USANJ); Kirsch, Robert (USANJ)

**Subject:** Saintvallier

Did the government obtain the phone records of Korynne Bernard? If so, I would appreciate receiving a copy.

Thank you.

Ruth

---

Shop Inspiron, Studio and XPS Laptops at Dell.com

---

Limited Time Offers: Save big on popular laptops at Dell