UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____

UNITED STATES OF AMERICA

         -against-

TYSHAUN SAINTVALLIER,

         Defendant
_____

Docket No. 07-613 (SDW)

## ORDER

On Motion of the Defendant Tyshaun Saintvallier, and after due deliberation, it is hereby

O R D E R E D:

1. That the government shall provide to the defendant any cellular telephone records in its possession concerning cellular telephone number 201-463-3793, belonging to Korynne Bernard; and it is hereby

O R D E R E D:

2. That should the government not have these records, the defendant is hereby authorized to serve a subpoena on Korynne Bernard's cellular telephone provider, so that he might obtain these records.

Dated:

                                                                              Susan D. Wigenton, U.S.D.J.