```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: July 8, 2009

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                                  Docket# 07cr613-02

USA v. Tyshaun St. Vallier

Appearances:
Sandra Moser, AUSA and Robert Kirsch, AUSA for the Gov't
Ruth Liebesman, Esq. for dft St. Vallier
Zilka Saunders, Esq. for dft St. Vallier

Nature of proceeding: **Motion Hearing**
Hrg. on dft's motion for new trial;
Ordered motion denied.




Time Commenced 10:15 p.m.
Time Adjourned 10:45 p.m.


cc: chambers                                    Antigone Owens-Krefski
                                                Deputy Clerk