NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, | Crim. No. 07-00613 |
| Plaintiff, | (SDW) |
| v. | |
| TYSHAUN ST. VALLIER, | **ORDER** |
| Defendant. | |
| | October 31, 2013 |

**WIGENTON**, District Judge.

Before the Court are the following pending motions filed by defendant, Tyshaun St. Vallier ("Defendant") motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 ("Motion for a New Trial") (Dkt. No. 153); a motion to file an amended motion ("Motion to File Amended Motion") (Dkt. No. 154); and motion for release of Brady materials ("Motion for Brady Materials") (Dkt. No. 163).

For the reasons set forth in this Court's Opinion dated October 31, 2013, Defendant's Motion to File an Amended Motion is **GRANTED** (as filed) and Defendant's Motion for a New Trial and Motion for Brady Materials are **DENIED**.

**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties

1